*Mr. Hyman W. Gamso* for respondent.

No. 842. FEDERAL RESERVE BANK *v.* ALGAR ET AL. May 15, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Yale L. Schekter* and *Clarence L. Cole* for petitioner. *Mr. Leonard D. Algar, pro se.*

No. 846. AUGUSTUS *v.* NEW AMSTERDAM CASUALTY Co. May 15, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. V. Russell Donaghy* for petitioner. No appearance for respondent.

No. 850. FALSTAFF BREWING CORP. *v.* THOMPSON. May 15, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Isidor Ziegler* and *W. C. Fraser* for petitioner. No appearance for respondent.

No. 851. FRANKLIN, ADMINISTRATRIX, *v.* WUNDERLICH ET AL. May 15, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Richard T. Rives* for petitioner. *Mr. Dempsey M. Powell* for respondents.

No. 855. CAMPBELL, ADMINISTRATOR, *v.* BEEDLE ET AL. May 15, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Samuel A. Mitchell* for petitioner. *Mr. Albert E. L.*